IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR341 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS G. DENNIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 29), that defendant's motion to suppress (Filing No. 21) be denied. Defendant has filed a statement of objections to the magistrate judge's report and recommendation (Filing No. 33).

The Court has reviewed the motion, the transcript, and the report and recommendation and finds it should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's objections to the report and recommendation are overruled;

3) Defendant's motion to suppress is denied;

4) All other motions are denied as moot;

5) Trial of this matter is scheduled for:

**Monday, November 17, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  To give the parties time to explore plea negotiations and because of the schedule of the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 31, 2008, and November 17, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
   LYLE E. STROM, Senior Judge
   United States District Court