IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR341 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS G. DENNIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion
for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Filing
No. 66), and the stipulation of the parties (Filing No. 67).
Pursuant to the retroactive amendment to the crack cocaine
guidelines, the defendant's final offense level is reduced from
29 to 27.  His criminal history category remains at VI.  The
government and defense agree that his sentence should be reduced
to one hundred thirty (130) months imprisonment, considering the
prior computation of specific offense characteristics,
adjustments, and departures.  Accordingly,

IT IS ORDERED:

1) The motion to reduce sentence is granted and the
stipulation of the parties is approved and adopted; the sentence
of the defendant is reduced to one hundred thirty (130) months.
Defendant shall receive credit for all time served.

2)   The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 12th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court