AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

United States of America )
v. )
THOMAS G. DENNIS ) Case No: 8:07CR341
) USM No: 14963-047
Date of Original Judgment: 03/20/2009 )
Date of Previous Amended Judgment: 03/12/2014 ) Karen M. Shanahan
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** 120.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/20/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/18/2015                        /s/ Lyle E. Strom
                                              *Judge's signature*

Effective Date: 11/01/2015                    LYLE E. STROM, Senior Judge
*(if different from order date)*              *Printed name and title*