IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS G. DENNIS,<br><br>                Defendant. | 8:07CR341<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on November 16, 2020 regarding a detention hearing on the Petition for Offender Under Supervision [79]. Yvonne Sosa represented the defendant. Martin J. Conboy, IV represented the government.

The government did not oppose the modified conditions of supervision proposed by Probation/Pretrial Services. The defendant shall be released on the current terms and conditions of supervision with an additional no contact condition to be implemented by a signed Consent to Modify Conditions of Supervision.

The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on December 9, 2020.

**IT IS SO ORDERED**.

Dated this 16th day of November, 2020.

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge